OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M    $ 00.26⁵
0004279596    JAN 29 2015
MAILED FROM ZIP CODE 78701

1/28/2015

GONZALES, JOHN EDWARD    Tr. Ct. No. 959620-B    WR-62,603-06

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

JOHN EDWARD GONZALES
- TDC #1241742

